In the Matter of the Probate of the Will of MARY V. ZALESKI, Deceased.— Decree and order so far as appealed from modified so as to increase the allowance to Pasquale P. Yannella, as special guardian for Theresa Loskey, to $500, all payable from the estate, and as modified affirmed, with costs to such special guardian payable from the estate. All concur. (The portions of the decree and order appealed from award costs and disbursements to successful contestants on a motion for entry of a decree denying probate of a will.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

CHARLES VELTRI, Respondent, v. COUNTY OF ERIE, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for personal injuries sustained by plaintiff by reason of his motorcycle's overturning due to the negligent condition of a highway. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

MARGARET OATMAN, Respondent, v. PHILIP OATMAN, Appellant.— Judgment reversed on the law and facts, without costs of this appeal to either party, and complaint dismissed, without costs. Certain findings of fact disapproved and reversed. Memorandum: The separation agreement, pleaded as a defense, bars the maintenance of this action. (*Winter* v. *Winter,* 191 N. Y. 462, 473-475; *Matter of Rhinelander,* 290 N. Y. 31, 37; *Benesch* v. *Benesch,* 182 App. Div. 221; *Drane* v. *Drane,* 207 App. Div. 217; *Almonte* v. *Almonte,* 259 App. Div. 311; *Matter of Tierney,* 148 Misc. 378, 383.) All concur. (The judgment is for plaintiff in an action for separation.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

FEDERAL DEPOSIT INSURANCE CORPORATION, Appellant, v. FRANK G. REVOIR, as Executor of JOHN REVOIR, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the ground that section 170 of the Decedent Estate Law specifies those from whom the debts of a decedent may be recovered because of distribution to those enumerated in that section, and such enumeration does not include the legal representatives of a distributee. All concur. (The order denies plaintiff's motion for summary judgment and grants defendant's motion to dismiss the complaint.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.